**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Gamachu Mekonine Beyena,**

**Plaintiff,**

**v.**

**William E. Kennard, Commissioner of FCC; KFAI FM Radio Station; MTN TV Network; and Lenco A. Bati, of OLF;**

**Defendants.**

**Civil No. 00-1791 MJD/SRN**

**ORDER TO SHOW CAUSE**

---

To: Gamachu Mekonine Beyena (Pro Se), P.O. Box 14638, Minneapolis, MN 55414-0638.

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636 (b) (1) (A).

This matter was initiated on July 27, 2000, by filing of a Complaint with the Clerk of Court. It appears that more than one hundred and twenty (120) days have passed and the Defendants have not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that:

The Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In

FILED MAY 0 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

the absence of good cause shown, the Court will Recommend that this action be dismissed for failure to effect proper service upon the Defendants and for failure of prosecution.

Dated: May 4, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge