**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**GAMACHU MEKONINE BEYENA,**

**Plaintiff,**

**Civil No. 00-1791 (MJD/SRN)**

**v.**

**SECOND ORDER TO SHOW CAUSE**

**WILLIAM KENNARD, Commissioner of FCC, KFAI FM RADIO STATION, MTN TV NETWORK, LENCO A. BATI of OLF,**

**Defendants.**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter is once again before the undersigned Magistrate Judge of District Court upon routine review of cases, and upon an assignment made in accordance with Title 28 United States Code Section 636(b)(1)(A).

This matter was initiated on July 27, 2000, by the filing of the Complaint with the Clerk of Court. However, only one Defendant has been served in this matter, albeit in an untimely fashion. To wit, on February 2, 2001, a copy of the Summons with Notice of Service upon FCC Commissioner William E. Kennard and Assistant United States Attorney Lonnie F. Bryant

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(sic), and "Attorney for Defend ant Paul R. Hannah" was filed. See Docket Entry No. 2. Accordingly, only Defendant Kennard has responded to the allegations contained this Complaint.[1]

Well over 120 days have passed since Plaintiff filed his Complaint, and on May 4, 2001, this Court issued an Order to Show Cause to Plaintiff Gamachu Mekonine Beyena instructing him to show good cause, in writing, for an extension of time in which service be effectuated. Plaintiff was given twenty days to submit his response and, on May 14, 2001, he timely filed his response to the Court's Order. Attached to his response, Plaintiff Beyena included a copy of the self-styled Summons dated July 27, 2000, signed by the Clerk of Court for the United States District Court for the District of Minnesota, along with photocopies of two certified mail receipts. Importantly, the Summons and one of the certified mail receipts are addressed to William Kennard, Commissioner of the FCC. The other copy of a certified mail receipt is addressed to Lonnie F. Bryan. The Plaintiff has submitted no evidence that Defendants KFAI FM Radio Station, MTN TV Network nor Lenco A. Bati, of OLF, have been properly served with the Complaint in this matter. The Plaintiff offers no explanation of why he has not effected service on these Defendants.

---

[1] Defendant Kennard filed a Motion to Dismiss the Complaint on March 2, 2001, which was heard by the Honorable Michael J. Davis on April 26, 2001.

The Court notes that the May 4, 2001, Order to Show Cause is not the first attempt to gain Mr. Beyena's compliance with the service requirements set forth in Federal Rule of Civil Procedure 4. However, because the May 4th Order does not specifically identify which Defendants have not yet been served, the Court is providing Plaintiff with one last chance to explain why he has failed to effect proper service on Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF, and to request an extension of time to serve them. Within twenty days of the date of this Order, Plaintiff Beyena shall show good cause, in writing, for his failure to effect proper service on **EACH AND EVERY ONE OF THE DEFENDANTS NOT YET SERVED -- i.e., Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF.** And, if he can show good cause for his failure to properly serve these Defendants, Plaintiff must then request an extension of time to properly serve these Defendants with official Summons issued by the Clerk of Court for the District of Minnesota. Service on an attorney representing any of these Defendants **IS NOT** proper service.

If Plaintiff Beyena fails to comply with the terms of this Order, this Court will recommend dismissal of the Complaint as against Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) The Plaintiff is again directed to show good cause, in writing, within twenty (20) days of the date of this Order – i.e., no later than June 20, 2001 -- why he has failed to effect proper service of a Summons and Complaint upon Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF, and why he should be given an extension of time in which service can be effectuated. In the absence of good cause shown, the Court will recommend that this action be dismissed as against Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF, for failure to effect proper service and for failure of prosecution.

Dated: June 1, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge