**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gamachu M. Beyena,

Plaintiff,

v.

**ORDER**
Civil File No. 00-1791 (MJD/SRN)

FCC Commissioner William E. Kennard, KFAL.FM Radio Station, MTN, TV. Network, Lenco A. Bati (OLF),

Defendants.

---

This matter is before the Court on Defendant Kennard's motion to dismiss for failure to provide a short and plain statement of a claim showing that Plaintiff is entitled to relief from the FCC, pursuant to Federal Rules of Civil Procedure 8(a)(1) and (2). Plaintiff's claim is that Defendant Lenco Bati ("Bati"), a fellow Ethiopian immigrant and member of the Oromo ethnic group, made inflammatory and untrue statements about him over the radio on the Voice of Oromia (KFAI.FM) on September 13, 1998.

Based on a review of all the files, records, and proceedings herein, the Court GRANTS Defendant Kennard's Motion to Dismiss.

Accordingly, **IT IS HEREBY ORDERED** that:

Defendant Kennard's Motion to Dismiss is GRANTED.

Dated: June 11, 2001.

Michael J. Davis
United States District Court Judge

FILED JUN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.