**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**GAMACHU MEKONINE BEYENA,**

**Plaintiff,**

**Civil No. 00-1791 (MJD/SRN)**

**v.**

**REPORT AND RECOMMENDATION**

**WILLIAM KENNARD, Commissioner of FCC, KFAI FM RADIO STATION, MTN TV NETWORK, LENCO A. BATI of OLF,**

**Defendants.**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court upon the expiration of the second Order instructing Plaintiff Gamachu Mekonine Beyena to show good cause, in writing, for an extension of time to effect proper service of the Complaint upon Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF.[1] See Orders dated May 4 and June 1, 2001. In the Second Order to Show Cause dated June 1, 2002, this Court granted Plaintiff Beyena until June 20, 2001 to

[1] In an Order dated June 11, 2001, the Honorable Michael J. Davis, Judge of District Court for the District of Minnesota, granted Defendant William Kennard's motion to dismiss (Doc. No. 12).

FILED SEP 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

explain why he had failed to effect proper service of a Summons and Complaint upon Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF, and to explain why he should be given an extension of time in which service can be effected. Plaintiff was warned that in the absence of good cause shown, the Court would recommend that this action be dismissed as against Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF, for failure to effect proper service and for failure to prosecute. See Second Order to Show Cause, dated June 1, 2001.

As of the date of this Report and Recommendation, Plaintiff Beyena has made no effort to comply with the June 1 Order, and has offered no explanation as to why he has not effected service on these Defendants.

In light of Plaintiff Beyena's pro se status, the Court has granted him every indulgence with respect to the requirements of Rule 4, Federal Rules of Civil Procedure, in an effort to assist him in effecting proper service of his Complaint upon Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF. However, it is now September 4, 2001, ten weeks after Plaintiff's June 20, 2001, deadline to show cause why service had not been effected on these Defendants, and why he should be granted an extension of time to do so. This Court, therefore, recommends that the Complaint against Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to effect proper service,

and dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY RECOMMENDED** that:

The Complaint against Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF, be **DISMISSED** pursuant to Fed. R. Civ. P. 4(m) for Plaintiff's failure to effect proper service, and dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: September 5, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

Under D.Minn. Local Rule 72.1(c)(2), any party may object to this Report and Recommendation within 10 days after being served with a copy. The objecting party shall file with the Clerk of Court, and serve on all parties, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.