UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GAMACHU MEKONINE BEYENA,

Plaintiff,

ORDER

v.

Civil 00-1791 (MJD/SRN)

WILLIAM KENNARD, Commissioner of FCC, KFAI FM RADIO STATION, MTN TV NETWORK, LENCO A. BATI of OLF,

Defendants

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

The Complaint against Defendants KFAI FM Radio Station, MTN TV Network and Lenco A. Bati, of OLF, be **DISMISSED** pursuant to Fed.R.Civ.P. 4(m) for Plaintiff's failure to effect proper service, and dismissed pursuant to Fed.R.Civ.P. 41(b) for failure to prosecute.

Dated: September 28, 2001

MICHAEL J. DAVIS, Judge
United States District Court

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________